UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 12-2077-AG(RNBx) <br> SACV 17-1147-AG(DFMx) |
| Date | July 31, 2017 |
| Title | DONALD WAKEFIELD v IGOR OLENICOFF, ET AL |

Present: The Honorable ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Kuznetsky | William Buus |

**Proceedings:** SCHEDULING CONFERENCE

Cause is called for hearing and counsel make their appearances.  Court and counsel confer.  The Court orders case SACV 17-1147-AG(DFMx) consolidated into SACV 12-2077-AG(RNBx), SACV 12-2077 to be the lead case.  The case number shall read SACV 12-2077-AG(RNBx) consol with SACV 17-1147-AG(DFMx) on all future documents.

The Court sets the following dates:

Discovery Cutoff is January 24, 2018.

A Final Pretrial Conference is set for April 9, 2018, at 8:30 a.m.  A Jury Trial is set for April 24, 2018 at 9:00 a.m.  Court sets the length of the trial at 3-4 days.

Counsel stipulate to and the Court orders ADR Procedure No. 3.

Scheduling Order Specifying Procedures is signed and filed this date.

12-2077 14 min
17-1147 1 min

: 15

Initials of Preparer    lmb

cc: ADR